AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FELDMAN, MARTIN L.C. | EASTERN DISTRIC OF LOUISIANA | 4/26/2005 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active U S DIST IC JUDGE | ○ Nomination, Date  ○ Initial  ● Annual  ● Final | 1/1/2004 to 12/31/2004 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it Is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 500 POYDRAS STREE , Rm. 555  NEW ORLEANS, LA 70130 | Reviewing Officer_____  Date_____ |

IMPORTANT NO ES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | ** NOTHING TO REPORT ** |

RECEIVED
2005 MAY -2 A 9: 51
FINANCIAL
DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE   - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE   - ( o such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Tulane Law School | July 4–July 19, 2004. Lecturer Tulane-Cambridge U. summer school. Tulane paid transportation & lodging |
| 2. | American College of Trial Lawyers | Sept. 12-16, 2004. Lecturer Anglo-American Exchange, London, England. ACTL paid transportation and lodging |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Devon Energy | A | Dividend | | | sold | 2/10 | J | A | |
| 2. Hewlett-Packard | A | Dividend | J | T | Part. Sale | 3/9 | J | A | |
| 3. Infinity Property | A | Dividend | | | sold | 6/26 | K | B | |
| 4. Anheuser-Busch Co. | A | Dividend | | | sold | 3/18 | J | | |
| 5. Molina Health Care | A | Dividend | | | sold | 2/13 | J | B | |
| 6. Unitrim | A | Dividend | | | sold | 2/5 | J | C | |
| 7. Crescent Real Estate, Inc. | A | Dividend | | | sold | 1/13 | J | A | |
| 8. Rite Aid | A | Dividend | | | sold | 1/20 | J | A | |
| 9. ISHARES Fund | A | Dividend | | | sold | 1/7 | J | C | |
| 10. Raytheon | A | Dividend | | | sold | 5/3 | J | | |
| 11. Direct General | A | Dividend | | | sold | 2/5 | J | B | |
| 12. Infinity Prop. & Cas. | A | Dividend | | | sold | 7/26 | J | B | |
| 13. Costco Wholesale | A | Dividend | J | T | part sale | 3/1 | J | B | |
| 14. Carramerica Realty | A | Dividend | | | sold | 6/28 | J | B | |
| 15. Health Net, Inc. | D | Dividend | J | T | acquire | 2/13 | J | | |
| 16. Health Net, Inc. | | | | | sold | 4/6 | J | | |
| 17. Seagate Technology | D | Dividend | J | T | acquired | 2/26 | J | | |
| 18. T an canada Corp. | D | Dividend | J | T | acquired | 3/1 | J | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,901-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. FHLMC Notes | D | Interest | J | T | acquired | 2/6 | J | | |
| 20. Old Republic International | D | Dividend | J | T | acquired | 2/11 | J | | |
| 21. Old Republic International | | | | | sold | 12/14 | J | | |
| 22. Western Digital Corp. | D | Dividend | J | T | acquired | 2/5 | J | | |
| 23. Western Digital Corp. | | | | | sold | 4/22 | J | | |
| 24. Newell Rubbermaid | D | Dividend | J | T | acquired | 1/8 | J | | |
| 25. Newell Rubbermaid | | | | | sold | 5/17 | J | | |
| 26. Newell Rubbermaid | D | Dividend | J | T | acquired | 1/8 | J | | |
| 27. Quantum Corporation | C | Dividend | J | T | acquired | 1/5 | J | | |
| 28. Quantum Corporation | | | • | | sold | 1/28 | J | | |
| 29. Unilever | D | Dividend | J | T | acquired | 3/12 | J | | |
| 30. Baxter International | | | | | sold | 3/12 | J | | |
| 31. Truimph Group | D | Dividend | J | T | acquired | 3/26 | J | | |
| 32. Triumph Group | | | | | sold | 6/6 | J | | |
| 33. FHLMC | D | Interest | J | T | acquired | 2/6 | J | | |
| 34. FHLMC | D | Interest | J | T | acquired | 2/6 | J | | |
| 35. Weingarten Realty | D | Dividend | J | T | acquired | 5/3 | J | | |
| 36. Weingarten Realty | | | | | sold | 11/9 | J | C | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Duke Realty Investments | D | Dividend | J | T | acquired | 3/14 | J | | |
| 38. Duke Realty Investments | | | | | sold | 9/21 | J | A | |
| 39. Home Depot | | | | | sold | 3/14 | J | A | |
| 40. RMK Strategic Income | D | Dividend | J | T | acquir d | 3/18 | J | | |
| 41. Bank of America | D | Dividend | J | T | acquired | 6/2 | J | | |
| 42. Eaton Vance | D | Dividend | J | T | acquired | 6/7 | J | | |
| 43. AM Funds Capital | D | Dividend | J | T | acquired | 6/7 | J | | |
| 44. Marsh McLennan | D | Dividend | J | T | acquired | 6/10 | J | | |
| 45. Marsh McLennan | | | | | sold | 10/14 | J | | |
| 46. Titan Corporation | D | Dividend | J + | T | acquired | 7/14 | J | | |
| 47. Titan Corporation | | | | | sold | 8/12 | J | | |
| 48. Panhandle Eastern | D | Interest | J | T | acquired | 7/14 | J | | |
| 49. Pride International | D | Dividend | J | T | acquired | 7/2 | J | | |
| 50. Pride International | | | | | sold | 12/2 | J | A | |
| 51. FHLMC | D | Interest | J | T | acquired | 6/1 | J | | |
| 52. General Growth Prop. | D | Dividend | J | T | acquired | 8/30 | J | | |
| 53. General Growth Prop. | | | | | sold | 11/29 | J | A | |
| 54. Metro Bank | D | Dividend | J | T | acquired | 9/2 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,001-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| FELDMAN, MARTIN L.C. | 4/26/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Metro Bank | | | | | sold | 9/23 | J | A | |
| 56. FHLMC | D | Interest | J | T | acquired | 9/20 | J | | |
| 57. Rowan Corp. | D | Dividend | J | T | acquired | 9/21 | J | | |
| 58. EMC Corporation | D | Dividend | J | T | acquired | 9/29 | J | | |
| 59. EMC Corporation | | | | | sold | 10/26 | J | A | |
| 60. Input/Output Corp. | D | Dividend | J | T | acquired | 10/6 | J | | |
| 61. General Electric | D | Dividend | J | T | inherited | | J | | |
| 62. General Electric | | | | | part sale | 10/11 | J | A | |
| 63. Citizens Communications | C | Dividend | J | T | acquired | 10/26 | J | | |
| 64. FHLMC | D | Interest | J | T | acquired | 9/20 | J | | |
| 65. FHLMC | D | Interest | J | T | acquired | 11/8 | J | | |
| 66. RMK Advantage | D | Dividend | J | T | acquired | 11/8 | J | | |
| 67. Tiffany & Co. | D | Dividend | J | T | acquired | 12/1 | J | | |
| 68. Forest Labs | D | Dividend | J | T | acquired | 12/2 | J | | |
| 69. Pfizer, Inc. | D | Dividend | J | T | acquired | 12/14 | J | | |
| 70. Alliance Bernstein | D | Dividend | J | T | acquired | 12/16 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | | |

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

FINANCIAL DISCLOSURE REPORT

Name of Person Reporting

FELDMAN, MARTIN L.C.

Date of Report

4/26/2005

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu          Date **4, 27, 05**

NOTE: ████████████████████FULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Chambers of
Martin L. C. Feldman
District Judge



July 28, 2005

Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, NE
Washington, DC  20544

   Re:  Calendar Year 2004 Filing

Gentlemen:

   I am responding to the second section of the letter dated June 27, 2005.

1)  Part VII, page 2, line 30:  Baxter - remaining ▇▇▇▇ sold 3/19/04;
   Part VII, page 3, line 39:  Home Depot - stock acquired from ▇▇▇▇▇
   Estate, sold 3/14/04;

2)  Part VII, page 6, line 107:  RMK Fund - omitted in error;
   Part VII, page 7, line 109:  GNMA - omitted in error;
   Part VII, page 7, line 111:  Occidental - omitted in error;
   Part VII, page 7, line 115:  Harvest - all shares sold 6/13/03;
   Part VII, page 7, line 116:  Transocean:  omitted in error;
   Part VII, page 7, line 120:  Charter Financial - omitted in error;
   Part VII, page 7, line 123:  Pengrowth - omitted in error;
   Part VII, page 7, line 124:  Chevron - omitted in error;
   Part VII, page 7, line 125:  Chesapeake - omitted in error;

United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Chambers of
Martin L. C. Feldman
District Judge

July 29, 2005
Page Two

Part VII, page 7, line 126:  Bear Sterns - omitted in error;
Part VII, page 8, line 128:  JP Morgan - omitted in error;
Part VII, page 8, line 131:  Webmd Corp. - all shares sold 4/8/03.

Please let me know if you have any further questions.

Sincerely,



MLCF:kkj